# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIMBERLY McANDREW,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-0347 |
| v. | : | (JUDGE MANNION) |
| **MEGAN J. BRENNAN,** Postmaster General of the United States Post Office | : | |
| | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendant's motion for summary judgment, **(Doc. 9)**, is **GRANTED** with respect to the plaintiff's Title VII gender discrimination claim in her complaint, **(Doc. 1)**;

**(2)** **JUDGMENT** is entered in favor of the defendant and against the plaintiff regarding her gender discrimination claim under Title VII; and

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 13, 2019**